UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| JOSEPH A. KOEHN, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 1:24-cv-10846-JEK |
| FNU BONCHER, FNU PATRONICK, FNU SUROWANIEC, FNU NAPIER | ) ) ) ) | |
| Defendant. | ) ) ) | |

**MEMORANDUM AND ORDER ADOPTING REPORT AND RECOMMENDATION**

**KOBICK, J.**

On April 19, 2024, Magistrate Judge Levenson denied without prejudice plaintiff Joseph A. Koehn's application to proceed in forma pauperis because the application was incomplete. Reviewing the complaint under 28 U.S.C. § 1915A, Judge Levenson further concluded that the complaint failed to state a claim for denial of due process rights. He ordered Mr. Koehn to show cause why the action should not be dismissed or file an amended complaint by May 20, 2024.

Mr. Koehn did not file a renewed application to proceed in forma pauperis or an amended complaint or response to the order to show cause by May 20, 2024. On May 28, 2024, Magistrate Judge Levenson issued a Report and Recommendation noting that the time to respond to the order to show cause or file an amended complaint had passed. He consequently recommended that the Court dismiss Mr. Koehn's complaint for failure to state a claim upon which relief may be granted. *See* 28 U.S.C. § 1915A(b)(1).

Mr. Koehn did not file objections to the Report and Recommendation within the time allowed by Fed. R. Civ. P. 72(b)(2) and 28 U.S.C. § 636(b)(1)(C). Having reviewed the Report

and Recommendation and the underlying April 19, 2024 Order to Show Cause, I agree with Judge Levenson's determination that the complaint fails to state a claim upon which relief may be granted and therefore must be dismissed under 28 U.S.C. § 1915A(b)(1). Accordingly, it is hereby ORDERED that:

1. The Magistrate Judge's Report and Recommendation (ECF 11) is ADOPTED and INCORPORATED pursuant to 28 U.S.C. § 636(b)(1).

2. For the reasons stated in the Report and Recommendation, this action is DISMISSED without prejudice.

3. The Clerk is directed to enter a separate order of dismissal.

SO ORDERED.

/s/ Julia E. Kobick  
Julia E. Kobick  
United States District Judge

Dated: June 28, 2024